

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00088-CV

MARIO A. DAVILA
v.
EASY WAY LEISURE CORPORATION D/B/A EASY WAY PRODUCTS, CO.,
KIM DANIELS, INDIVIDUALLY AND AS AGENT OF
EASY WAY LEISURE CORPORATION D/B/A EASY WAY PRODUCTS, CO.,
AND JON D. RANDMAN, INDIVIDUALLY AND AS AGENT OF
EASY WAY LEISURE CORPORATION
D/B/A EASY WAY PRODUCTS, CO.

On Appeal from the
404th District Court of Cameron County, Texas
Trial Court Cause No. 2019-DCL-06544

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal will be taxed against the party incurring the same.

We further order this decision certified below for observance.

August 3, 2023